

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0186

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

ROBERT D. MAXIN,

      Defendant and Appellant.

ORDER

FILED

AUG 0 4 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Counsel for the Appellant Robert D. Maxin filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders* v. *California,* 386 U.S. 738, 87 S. Ct. 1396 (1967). Maxin responded to the brief and objected to counsel's motion to withdraw.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders.* We have considered the arguments raised by counsel and by Maxin in his brief. We conclude there are no arguments with potential legal merit that could be raised in Maxin's appeal in this case.

Therefore,

IT IS ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to the appellant personally.

DATED this 4th day of August, 2020.

_____
Chief Justice

_____

Justices